13547. STRICKLAND *v.* THE STATE.

BROYLES, C. J. The bill of exceptions in this case must be dismissed, it being a criminal case in which it appears from the bill of exceptions and the record that the bill of exceptions was not tendered the judge within 20 days of the overruling of the motion for a new trial — the only judgment excepted to.

*Writ of error dismissed. Luke and Bloodworth, JJ., concur.*
DECIDED JULY 11, 1922.

Indictment for manufacture of liquor; from Gwinnett superior court — Judge Fortson. March 17, 1922.

*M. D. Irwin,* for plaintiff in error.

*W. O. Dean, solicitor-general,* contra.